UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DELTA SUBSEA LLC** | § | |
| | § | |
| V. | § | No. _____ |
| | § | |
| **M/V MYSTIC VIKING, her engines,** | § | |
| **tackle, apparel, etc.,** *in rem*, **and** | § | |
| **DEEPCOR MARINE INC.,** *in personam* | § | |

## VERIFIED COMPLAINT

Plaintiff, Delta SubSea LLC ("Delta SubSea"), brings this Verified Complaint against the M/V MYSTIC VIKING, her engines, tackle, apparel, equipment, appurtenances, etc., *in rem*, and against its owner/operator, Deepcor Marine Inc. ("Deepcor Marine"), *in personam*, and avers as follows:

1.

This Court has jurisdiction pursuant to 28 U.S.C. §1333, 28 U.S.C. §1331 and 46 U.S.C. §10313. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and Rule C of the Supplemental Rules of Certain Admiralty and Maritime claims of the Federal Rules of Civil Procedure.

2.

The defendants are:

(a) M/V MYSTIC VIKING (IMO No. 8209377), her engines, tackle, apparel, equipment, appurtenances, etc., *in rem,* a foreign flagged vessel, which is and will be afloat upon the navigable waters of the United States and within the jurisdiction of this Court; and,

(b) Deepcor Marine, a foreign corporation and owner of the M/V MYSTIC VIKING.

3.

In September and October 2015, Delta SubSea provided ROV equipment, generators, generator fire suppression equipment, super saw equipment, fabrication of stairs, handrails and platforms, together with project management personnel and services aboard the M/V MYSTIC VIKING. Delta SubSea provided the above-described equipment and services in Port Arthur, Texas pursuant to a Master Service Agreement executed on September 4, 2015 by representatives of Deepcor Marine and Delta SubSea.

4.

Delta SubSea provided the above-described equipment, work and services to and for the benefit of the M/V MYSTIC VIKING at the request of Deepcor Marine.

5.

Delta SubSea provided the above-described equipment, work and services to the M/V MYSTIC VIKING and its owner/operator in a good and workmanlike manner all of which enabled the vessel to perform its function or mission of the removal of platforms.

6.

Delta Subsea provided Deepcor Marine with invoices numbered DCM-0915-1 and DCM-0915-2 on September 30, 2015 detailing the equipment, work and services provided in September which totaled $256,473.72.[1]

---

[1] *See* Exhibit "A."

7.

Delta Subsea provided Deepcor Marine with invoices numbered DCM-1015-1 and DCM-1015-2 on October 22, 2015 detailing the equipment, work and services provided in October which totaled $371,395.66.[2]

8.

Deepcor Marine has failed to pay any amount related to Delta SubSea's invoices, which invoices are past due and owing, for the provision of equipment, work and services to the MYSTIC VIKING.

9.

All unpaid invoices accrue interest at the contractual rate specified in the Master Service Agreement between Delta SubSea and Deepcor Marine.

10.

The Master Service Agreement between Delta SubSea and Deepcor Marine further requires Deepcor Marine to pay all reasonable attorney and/or collection fees incurred by Delta SubSea in collecting any past due amounts.

11.

The provision of the above-described equipment, work and services by Delta SubSea gives rise to a maritime lien against the M/V MYSTIC VIKING pursuant to the parties' contract, general maritime law and Federal Maritime Lien Act, 46 U.S.C. §§ 31341-31343.

---

[2] *See* Exhibit "A."

12.

Pursuant to Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims, Delta SubSea is entitled to recognition of its maritime lien and the issuance of a warrant of arrest authorizing the seizure and sale of the M/V MYSTIC VIKING and that all claims of Delta SubSea be paid in preference and priority over all other claimants.

13.

Deepcor Marine, *in personam*, is a Delaware corporation with its Louisiana principal business office in Broussard, Louisiana and a registered Louisiana office in Baton Rouge, Louisiana.  Deepcor Marine is subject to the jurisdiction of this Court by virtue of its presence in the jurisdiction and by virtue of the Court's *in personam* authority to proceed against any person who may be liable under Rule C.

14.

In addition to its claim against the M/V MYSTIC VIKING, Delta Subsea is further entitled to judgment against Deepcor Marine, *in personam*, in the principal amount of $627,869.38, together with accrued pre-judgment contractual interest, reasonable attorney's fees, collection costs and all court costs of these proceedings.

15.

All and singular, the premises and allegations in this Verified Complaint are true and correct and within the admiralty and maritime jurisdiction of the United States and this Court.

**WHEREFORE**, Delta SubSea prays:

1. That process in due form of law according to the rules and practices of this Court, in causes of admiralty and maritime jurisdiction, may issue against the M/V MYSTIC VIKING, her engines, tackle, apparel, equipment, appurtenances, etc., *in rem,* and

that all persons having or claiming an interest therein may be cited to appear and answer, the matters aforesaid;

2. That this Court enter a judgment in Delta SubSea's favor in the principal amount of $627,869.38, together with pre-judgment contractual interest and costs, and that the M/V MYSTIC VIKING, her engines, tackle, apparel, equipment, appurtenances, etc., *in rem,* be condemned and sold to satisfy said judgment in preference and priority to all other claimants;

3. That this Court enter a judgment in Delta SubSea's favor in the principal amount of $627,869.38, together with attorney's fees, additional pre-judgment contractual interest, collection costs and court costs against Deepcor Marine Inc.;

4. That Deepcor Marine Inc. be cited to answer and appear, and that after due proceedings are had, Delta SubSea may have judgment against Deepcor Marine Inc. for the amount of any deficiency, plus any other sums, attorney's fees, interest, and costs; and,

5. For all other general and equitable relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Jeffrey T. Pastorek*
Robert E. Couhig, III (Bar No. 29811)
Jeffrey T. Pastorek (Bar No. 33309)
Couhig Partners, LLC
1100 Poydras Street, Suite 3250
New Orleans, Louisiana 70163
Phone: (504) 588-1288
Facsimile: (504) 588-9750
*Attorneys for Delta SubSea LLC*

CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the foregoing document has been served upon all counsel of record pursuant to the Federal Rules of Civil procedure via electronic filing on this the 11th day of December, 2015.

                                  */s/ Jeffrey T. Pastorek*
                                  JEFFREY T. PASTOREK