**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**DELTA SUBSEA LLC**                                                    **CIVIL ACTION**

**VERSUS**                                                                        **CASE NO. 15-6711**

**M/V MYSTIC VIKING, her engines,**                      **SECTION: "G"(3)**
**tackle, apparel, etc.,** *in rem*, **and**
**DEEPCOR MARINE INC.,** *in personam*

## ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS ORDERED** that this action be and is hereby dismissed without costs and without

prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement

is not consummated.   The Court retains jurisdiction to enforce the compromise agreed upon by the

parties.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be

notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this  7th  day of January, 2016.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* attached correspondence.

## Couhig Partners LLC

3250 Entergy Centre, 1100 Poydras Street        (504) 599-5781 direct
New Orleans, LA 70163        (504) 588-1288 fax
       jpastorek@couhigpartners.com

January 7, 2016

VIA EMAIL
The Honorable Nannette Jolivette Brown
500 Poydras Street
Room C227
New Orleans, LA 70130
efile-brown@laed.uscourts.gov

Re:    *Delta SubSea LLC v. M/V MYSTIC VIKING and Deepcor Marine Inc.*,
      Case No. 15-6711, U.S. District Court for the Eastern District of Louisiana

Dear Judge Brown:

This is to advise you that the parties have come to an agreement on the terms of settlement of the above matter.  The settlement has been funded and the parties expect to have the finalized settlement agreement executed within 30 days.  The parties respectfully request that the Court issue a 60-day order of dismissal of this matter.

Very truly yours,

Jeffrey T. Pastorek

cc: Steve Brazda, sbrazda@deepcormarine.com